IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

FIRST TIME VIDEOS LLC,

        CASE NO. 1:11-CV-03831

    Plaintiff,

        Judge: Hon. Elaine E. Bucklo

v.        Magistrate: Hon. Michael T. Mason

DOES 1-76,

    Defendants.

_____

### NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DOE DEFENDANTS WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all causes of action in the complaint against the remaining Doe defendants. The remaining Doe defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

        Respectfully submitted,

        FIRST TIME VIDEOS LLC

**DATED:** February 29, 2012

        By:    /s/ Paul Duffy
                    Paul Duffy (Bar No. 6210496)
                    Prenda Law Inc.
                    161 N. Clark Street, Suite 3200
                    Chicago, IL 60601
                    Phone: (312) 880-9160
                    Fax: (312) 893-5677
                    E-mail: paduffy@wefightpiracy.com
                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 29, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                  /s/ Paul Duffy
                                                  Paul Duffy